# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 17-606-1** |
| **NASHADEEM HENDERSON** | **CIVIL NOS. 21-3821; 22-4181** |

## ORDER

**AND NOW,** this 7th day of August 2024, upon consideration of the pending motions and the responses thereto, it is hereby **ORDERED** that:

1. Defendant's Motion for Release of Documents and Motion for Leave to Proceed In Forma Pauperis [Doc. No. 231] is **DISMISSED as moot.**

2. Defendant's first Motion to Vacate under § 2255 [Doc. No. 238], second Motion to Vacate under § 2255 [Doc. No. 263], and third Motion to Vacate under § 2255 [Doc. No. 264], Defendant's Motion to Dismiss Counts One, Two, Three and Five [Doc. No. 275], Defendant's Motion for Reduction of Sentence [Doc. No. 276] are **DENIED.**

3. A certificate of appealability will not issue as there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further;"[1]

4. The Clerk of the Court is directed to **CLOSE** the cases.

   It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation and quotation omitted).